UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORTEZA EKRAMI,<br><br>                    Plaintiff,<br><br>-against-<br><br>HNTB CORPORATION,<br><br>                    Defendant. | 20 Civ. 10482 (LAP) |

LORETTA A. PRESKA, Senior United States District Judge:

  In light of the mediator's report that mediation has been successful (dkt. no. 12), the Clerk of the Court shall mark this action closed, subject to reinstatement within 30 days upon application by either of the parties, and all pending motions denied as moot.

**SO ORDERED.**

Dated:   New York, New York
         September 27, 2021

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge